## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS, | 3:15-cv-00493-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 27, 2017 |
| C/O RAYMOND, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 66) in which he seeks an additional seven (7) days, to and including January 2, 2018, to file and serve his Reply to Defendants' Opposition to Plaintiff's Motion for Court to Replace All Documents within Case at State Expense.

Plaintiff's Motion for Enlargement of Time (ECF No. 66) is **GRANTED**. Plaintiff shall have to and including **January 2, 2018**, in which to file and serve his Reply to Defendants' Opposition to Plaintiff's Motion for Court to Replace All Documents within Case at State Expense.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/
    Deputy Clerk