ADAM PAUL LAXALT
Attorney General
DARBY G. PHELPS, Bar No. 14599
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1159
Email: dphelps@ag.nv.gov

*Attorneys for Defendants
Isidro Baca, Ira Brannon,
Vincent Brooks, and Charles Raymond*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS,<br><br>            Plaintiff,<br><br>v.<br><br>C/O RAYMOND, *et al.*,<br><br>            Defendants. | Case No.  3:15-cv-00493-RCJ-WGC<br><br>**NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENGLARGEMENT OF TIME (ECF No. 120)** |

Defendants, Isidro Baca, Ira Brannon, Vincent Brooks, and Charles Raymond, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby submit their Non-Opposition to Plaintiff's Motion for Enlargement of Time (ECF No. 120).

Objections to the Report and Recommendation were due October 15, 2018. Plaintiff filed a Motion for Enlargement of Time on October 15, 2018. (ECF No. 120). Plaintiff requests five

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

additional days to and including October 19, 2018 with which to file his Objection to Report and Recommendation of Magistrate Judge. Defendants do not oppose Plaintiff's request for five additional days.

DATED this 16th day of October, 2018.

                              ADAM PAUL LAXALT
                              Attorney General

By: _____
     DARBY G. PHELPS
     Deputy Attorney General
     State of Nevada
     Bureau of Litigation
     Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE

DATED: October 24, 2018