Peters, Richard W. #92314
(Name)

_____
(I.D. No.)
Northern Nevada Correctional Center
Post Office Box 7000
Carson City, NV 89702

Movant, In Proper Person

United States District Court
District of Nevada

| | |
|---|---|
| Peters, Richard W. #92314 | Case No.: 3:15-CV-00493 |
| Plaintiff/Movant | |
| vs. | Motion For Enlargement of Time |
| C/O Raymond et al | (FRCP Rule 6) |
| Defendant/Respondent | |

COMES NOW, R. W. Peters, in proper person and herein above respectfully moves this Honorable Court for a(n) Enlargement of Time of 6 days upto And including November 1st, 2018 Pursuant to FRCP Rule 6 To Respond to Doc. 19 Objections of A.G. And Defendents

The instant motion is made and based upon all papers and pleadings on file herein as well as the following Memorandum of Points and Authorities and attached exhibits (where applicable). Please see Affadavit Attached to this Motion

Dated this 25th of October 2018

By Richard W Peters
Peters, R.W. #92314
In Pro Per

<u>Affidavit of Richard W. Peters #92314</u>

I, R.W. Peters, swear under penalty of perjury that the following statements are true and correct.

1) I RW Peters have been working earnestly to properly respond to Document No. 119 which is the A.Gn. And Defendants objection to Document 117 R&R with Plaintiffs Response Due by 10-16-18.

2) Peters is still researching his response to the objection filed by the state.

3) Peters need seven days up to and including November 1st, 2018 to put the arguments with caselaw together to present to this Court.

4) I, Peters, will have the full response that is due on October 26, 2018 on or before November 1, 2018.

Dated this 25, day of October, 2018

By: Richard W. Peters
Peters, R.W. #92314

IT IS SO ORDERED. DATED:
Nunc Pro Tunc: October 25, 2018.

R. Jones
_____
ROBERT C. JONES