UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

RICHARD W. PETERS,                    )   Case No.: 3:15-CV-00493-RCJ-WGC

              Plaintiff,       )   ORDER

vs.                                                  )

C/O RAYMOND, *et al.*,                 )

              Defendants.     )

_____)

       Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 117[1]) entered on October 1, 2018, recommending that the Court grant and deny in part Defendants' Motion for Summary Judgment (ECF No. 88).   On October 29, 2018, Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 126).

       The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 117) entered on October 1, 2018 should be ADOPTED and ACCEPTED.

       ///

       ///

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 88) is DENIED on the basis that Plaintiff failed to exhaust his administrative remedies.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 88) is GRANTED in favor of Defendants BROOKS, RAYMOND and BACA and DENIED as to Defendant BRANNON.

IT IS SO ORDERED.

Dated this 9th day of November, 2018.

_____
ROBERT C. JONES
Senior District Judge