UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS, | Case No.: 3:15-CV-00493-RCJ-WGC |
| Plaintiff, | ORDER |
| vs. | |
| C/O RAYMOND, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 118[1]) entered on October 1, 2018, recommending that the Court deny Plaintiff's Motion for Injunction (ECF No. 109). On October 18, 2018, Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 122) and Defendant's filed a response to Plaintiff's objections (ECF No. 125).

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 118) entered on October 1, 2018 should be ADOPTED and ACCEPTED.

///

///

---
[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Plaintiff's Motion for Injunction (ECF No. 109) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of November, 2018.

_____
ROBERT C. JONES
Senior District Judge