UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD W. PETERS, | ) | 3:15-cv-00493-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 10, 2018 |
| C/O RAYMOND, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Continue Deadline for Filing Joint Pretrial Order (ECF No. 132).

Good cause appearing, Defendants' Motion to Continue Deadline for Filing Joint Pretrial Order (ECF No. 132) is **GRANTED**.  The deadline to file the parties' proposed Joint Pretrial Order is **VACATED** to be reset at the appropriate time in the future.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
         Deputy Clerk