# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS, | Case No.: 3:15-CV-00493-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| C/O RAYMOND, *et al.*, | |
| Defendants. | |

The Court continued the deadline for filing a Joint Pretrial Order until thirty (30) days following a decision on the appeal. See (ECF No. 132).  The Order on Mandate (ECF No. 138) was entered on August 14, 2019.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a Joint Pre-Trial Order no later than **Friday, March 12, 2021**.

**IT IS SO ORDERED** this 9th day of February, 2021.

_____
ROBERT C. JONES
United States District Court Judge