Richard W. Peters #92314
(Name / Number)
Northern Nevada Correctional Center
Post Office Box 7000
Carson City, NV 89702

Petitioner, In Proper Person

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Richard W. Peters, | Case No.: 3:15-cv-00493-RCJ-WGC |
| Petitioner, | |
| vs. | ORDER GRANTING ECF No. 142 |
| C/o Raymond et al., | Motion For Extension of Time |
| Respondent. | To File Joint Pretrial Order |

    COMES NOW, Richard W. Peters #92314, Petitioner, in his proper person, and submits the instant Motion For Extension of Time To File Joint Pretrial Order in the above-entitled action.

    The instant Motion is based on all applicable rules of this Court, all papers and pleadings on file herein, as well as the following Memorandum of Points and Authorities.

    Respectfully submitted this 9th day of March, 2021.

R.W. Peters #92314
Petitioner, In Proper Person

-1-

## MEMORANDUM OF POINTS AND AUTHORITIES

1) This delay is Necessary in order to Comb Through My-Peters-Records And Extract The Exhibits I wish To present And Confirm/Find The Witnesses I need To Testify.

2) Due To Covid, There is No Access For Inmates In Unit-3- At NNCC, For The Law Library; WE Inmates In Unit-3 have No Unit-3-Runner And it is Taking 10 To 21 days To Recieve Any Materials From The Law Library Supervisor, Mrs. Dunbar.

3) I, Peters-The Plaintiff, have become reliant on other Inmates And Thier legal books, Materials And Personal knowledge And Advice To prosecute This Case.

4) Due To the issues listed Above Peters Request An Extension of 90 days To Submit The Joint PreTrial Order. This is 90 days up To And To include June 10, 2021.

Affidavit of Richard W. Peters: I the under signed, do hereby swear under penalty of perjury that The statements listed Above Are True To the best of My knowledge As well As True & Correct.

This Extention of Time was discussed With D.A.G. on March 3, 2021 And Agreed To No oppositions with This Request.

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF No. 142) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file a Joint Pre-Trial Order no later than June 10, 2021.

IT IS FURTHER ORDERED that no further extensions shall be granted.

IT IS SO ENTERED.

_____
ROBERT C. JONES
United States District Judge
DATED: This 22nd day of March, 2021.