# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 3:15-cv-00493-RCJ-CSD<br>) |
| IRA BRANNON, | ) **ORDER**<br>) |
| Defendant. | )<br>) |

Per Order (ECF No. 173), this Court has ordered that the video testimony of William Lyons #79249, Richard Johnston, #91380, and Fernando Rodriguez #51052 shall be taken for the jury trial set to begin on April 18, 2022. The Court hereby orders that the Attorney General's office shall confer with Plaintiff to determine the date and time the witnesses will testify.

IT IS FURTHER ORDERED that the Attorney General's office is directed to make arrangements with Northern Nevada Correctional Center and NSHE for the three inmates to testify by Zoom video conference.

IT IS SO ORDERED.

Dated April 15, 2022.

_____
ROBERT C. JONES
United States District Judge